IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENISE SCHWECHEL,

          Plaintiff,

v.

                                          Case No. 20-cv-700-wmc

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

          Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kilolo Kijakazi, Acting Commissioner of Social Security against plaintiff Denise Schwechel affirming the Commissioner's decision and dismissing this case.

s/ K. Frederickson, Deputy Clerk                     1/14/2022
Peter Oppeneer, Clerk of Court                       Date